**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SEVERO M.,[1] <br><br>                Plaintiff, <br><br>      v. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br>                Defendant. | Case No. CV 25-04320-AS <br><br> **JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 1, 2026

                                      _____/s/_____
                                         ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE

---

[1]     Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1